IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MISTY SUNSHINE BANDA-LOPEZ aka MISTY SUNSHINE MORAN, | * |
| | * |
| Plaintiff, | Case No.  5:24-cv-00331-MTT-AGH |
| v. | * |
| WELPATH MEDICAL DIRECTOR DOE, et al., | * |
| | * |
| Defendants. | |

## J U D G M E N T

Pursuant to this Court's Order dated June 17, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 17th day of June, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk